DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SALVADOR ZARATE-ESTRADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-0204 LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE; ORDER |
| | ) | |
| SALVADOR ZARATE-ESTRADA, | ) | |
| | ) | Date:   December 21, 2007 |
| Defendant. | ) | Time:   9:00 a.m. |
| | ) | Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in the above-entitled matter now set for November 30, 2007, **may be continued to December 21, 2007, at 9:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for plea negotiations and to complete reasonable defense preparation. A Superseding Indictment was filed November 15, 2007.

///

///

///

///

///

///

1   The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B) in
2   that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3   in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4   reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: November 27, 2007          By:   /s/   Ian Garrizues
                                        IAN GARRIQUES
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: November 27, 2007          By:   /s/  Marc C. Ament
                                        MARC C. AMENT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SALVADOR ZARATE-ESTRADA


## ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   November 28, 2007**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

Zarate-Estrada - Stipulation to Continue
Status Conference                          2